# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

128053
(38)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CHARLEVOIX COUNTY BUILDING
DEPARTMENT, and BAY TOWNSHIP,
      Plaintiffs-Appellees,

v

LYLE BARKLEY, SHIRLEY BARKLEY,
and KIM BARKLEY,
      Defendants-Appellants.

SC: 128053
COA: 256198
Charlevoix CC: 03-006120-AV
90th DC: 02-3201-01
        02-3198-01
        02-3203-01

_____/

      On order of the Court, the motion for reconsideration of this Court's order of September 28, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

l0221